NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TROY E. DONNELLY,   )
                    )
        Appellant,  )
                    )
v.                  )        Case No.   2D17-2495
                    )
STATE OF FLORIDA,   )
                    )
        Appellee.   )
_____)

Opinion filed April 24, 2019.

Appeal from the Circuit Court for
Pinellas County; Nancy Moate Ley,
Judge.

Howard L. Dimmig, II, Public Defender,
and Mark J. O'Brien, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Helene S. Parnes,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, MORRIS, and SMITH, JJ., Concur.